CLOSED     ORIGINAL     FILED JUL 1 2 2005 CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DECREETA GALLOWAY,

    Plaintiff,

v.

    CASE NO. 04-73301
    HON. LAWRENCE P. ZATKOFF

JO ANN B. BARNHARD,
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/



## ORDER

This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment should be denied and Defendant's Motion for Summary Judgment should be granted. No objections to the Report and Recommendation have been filed.

After a thorough review of the court file, Plaintiff's and Defendant's motions, and the Report and Recommendation, this Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court. Accordingly, Plaintiff's Motion for Summary Judgment is hereby DENIED and Defendant's Motion for Summary Judgment is hereby GRANTED.

IT IS SO ORDERED.

Dated: JUL 1 2 2005

                                                 LAWRENCE P. ZATKOFF
                                                 UNITED STATES DISTRICT JUDGE